# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Grant et al. v. Trial Courts of the Commonwealth of Massachusetts, et al.

District Court Case No.  1:25-cv-10770-MJJ          District of PLEASE SELECT

Date Notice of Appeal filed  April 17, 2025          Court of Appeals Case No.  25-1380

Form filed on behalf of  Appellants

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

 ECF No. 31 - Transcript of Motion Hearing held on April 4, 2025, before Judge Myoung J. Joun

## TRANSCRIPT ORDER

Name of Court Reporter _____

Phone Number of Reporter _____

A. _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | _____ |
| ☐ Opening Statement (plaintiff) | _____ |
| ☐ Opening Statement (defendant) | _____ |
| ☐ Trial | _____ |
| ☐ Closing Argument (plaintiff) | _____ |
| ☐ Closing Argument (defendant) | _____ |
| ☐ Findings of Fact/Conclusions of Law | _____ |
| ☐ Jury Instructions | _____ |
| ☐ Change of Plea | _____ |
| ☐ Sentencing | _____ |
| ☐ Bail hearing | _____ |
| ☐ Pretrial proceedings (specify) _____ | _____ |
| ☐ Testimony (specify ) _____ | _____ |
| ☐ Other (specify) _____ | _____ |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.

☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Marc J. Randazza          Filer's Signature  /s/ Marc J. Randazza

Firm/Address  30 Western Ave., Gloucester MA 01930          Filer's Email address  ecf@randazza.com

Telephone number  888-887-1776          Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                    **SEE INSTRUCTIONS ON REVERSE**

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: May 1, 2025.            RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
MARC J. RANDAZZA