# United States Court of Appeals
## For the First Circuit

---

No. 25-1380

JASON GRANT; ALLISON TAGGART; LISA PETERSON; SAMANTHA LYONS,

Plaintiffs - Appellants,

v.

TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; BEVERLY J. CANNONE, in their official capacity as Justice of the Superior Court; GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police; MICHAEL D'ENTREMONT, in their official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts; MICHAEL W. MORRISSEY, in their official capacity as the Norfolk County District Attorney,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: May 6, 2025

    Upon consideration, Appellees Beverly J. Cannone, Michael W. Morrissey, Geoffrey D. Noble and Trial Court of the Commonwealth of Massachusetts' motion for leave to file a supplemental appendix and to supplement the record is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Marc John Randazza, Jay Marshall Wolman, Mark Trammell, Thomas E. Bocian, John R. Hitt, Gabriel Thomas Thornton, Emily N. Rothkin, Emily M. Swanson, Janelle M. Austin, Lauren Goldberg, Robert J. Morris II, John Gilgun Mateus, Ronald Gary London, Mickey H. Osterreicher, William E. Gens