# United States Court of Appeals
## For the First Circuit

No. 25-1380

JASON GRANT; ALLISON TAGGART; LISA PETERSON; SAMANTHA LYONS,

Plaintiffs, Appellants,

v.

TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court; GEOFFREY D. NOBLE, in his official capacity as Colonel of the Massachusetts State Police; MICHAEL D'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts; MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,

Defendants, Appellees.

**JUDGMENT**

Entered: May 9, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of a preliminary injunction is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day. No costs are awarded.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Myong J. Joun, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Marc John Randazza, Jay Marshall Wolman, Mark Trammell, Thomas E. Bocian, John R. Hitt, Gabriel Thomas Thornton, Emily N. Rothkin, Emily M. Swanson, Janelle M. Austin, Lauren Goldberg, Robert J. Morris II, John Gilgun Mateus, Ronald Gary London, Mickey H. Osterreicher, William E. Gens