# United States Court of Appeals
## For the First Circuit

No. 25-1380

JASON GRANT; ALLISON TAGGART; LISA PETERSON; SAMANTHA LYONS,

Plaintiffs - Appellants,

v.

TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; BEVERLY J. CANNONE, in their official capacity as Justice of the Superior Court; GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police; MICHAEL D'ENTREMONT, in their official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts; MICHAEL W. MORRISSEY, in their official capacity as the Norfolk County District Attorney,

Defendants - Appellees.

Before

Montecalvo, Lynch, and Kayatta,
Circuit Judges.

**ORDER OF COURT**

Entered: May 13, 2025

      The court is in receipt of plaintiffs-appellants' Emergency Motion for Clarification and to Enforce this Court's May 9, 2025, Judgment (the "Motion").  Defendants-appellees shall respond to the Motion within 48 hours of the issuance of this order.  In their response, defendants-appellees are directed to address specifically what steps the prosecution in Commonwealth v. Read, Norfolk Superior Court Department Docket No. 2282-CR-0117, has taken, if any, in response to the issues raised in the Per Curiam issued May 9, 2025, particularly in light of the fact that the challenged state court Memorandum of Decision and Order was adopted in response to the Commonwealth's Motion for Buffer Zone.

                                                    By the Court:

                                                    Anastasia Dubrovsky, Clerk

cc:
Marc John Randazza
Jay Marshall Wolman
Mark Trammell
Thomas E. Bocian
John R. Hitt
Gabriel Thomas Thornton
Emily N. Rothkin
Emily M. Swanson
Janelle M. Austin
Lauren Goldberg
Robert J. Morris II
John Gilgun Mateus
Ronald Gary London
Mickey H. Osterreicher
William E. Gens